UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CARLOS ROMERO-ALICEA,

              Plaintiff,

v.                                                                    Case No. 13-CV-585

ANDERSON MACHINING SERVICE, INC.,

              Defendant.

---

## STIPULATION FOR DISMISSAL

The parties, through their undersigned counsel, hereby stipulate to a dismissal of this matter with prejudice and without fees and costs to either party pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted this 6th day of November, 2013.

| For Plaintiff Carlos Romero-Alicea | For Defendant Anderson Machining Service, Inc. |
|---|---|
| /s Douglas J Phebus | /s Amy O. Bruchs |
| Douglas J Phebus | Amy O. Bruchs |
| ARELLANO & PHEBUS, S.C. | MICHAEL BEST & Friedrich LLP |
| 1468 North High Point Road, Suite 202 | One South Pinckney St. Suite 700 |
| Middleton, WI 53562 | P.O. Box 1806 |
| Telephone: 608.827.7680 | Madison, WI 53701-1806 |
| Facsimile: 608.827.7681 | Telephone: 608.257.3501 |
| dphebus@aplawoffice.com | Facsimile: 608.283.2275 |
| | aobruchs@michaelbest.com |